**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kareem Akeem McMURRIN,**
**Defendant–Appellant.**

**No. 13–6277.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 4, 2014.

Kareem Akeem McMurrin, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Kristine L. Fritz,

Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Akeem McMurrin appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McMurrin*, No. 2:08–cr–00005–FL–1 (E.D.N.C. Feb. 13, 2013); *see also United States v. Black*, 737 F.3d 280, 287 (4th Cir.2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*